514

No appearance for appellee.

No. 464. AMERICAN BAKERIES CO. ET AL *v.* HUNTS-VILLE. Jurisdictional statement distributed October 31, 1936. Decided November 9, 1936. *Per Curiam:* The appeal herein is dismissed for the want of a final judgment. *Missouri Ry. Co.* v. *Olathe,* 222 U. S. 185; *O'Mara* v. *Crampton,* 267 U. S. 575; *Manassas Park, Inc.* v. *Robertson,* 274 U. S. 716. *Messrs. Hughes Spalding* and *Joseph B. Brennan* for appellants. *Mr. Robert V. Fletcher* for appellee.

No. —, original. EX PARTE OTTO VAN DYKE. November 9, 1936. The motion for leave to file petition for writ of habeas corpus is denied.

No. —, original. EX PARTE C. M. BRUMMETT. November 16, 1936. Motion for leave to file petition for writ of habeas corpus denied.

No. —, original. EX PARTE ETHEL E. GLEASON. November 16, 1936. Motion for leave to file petition for writ of mandamus or prohibition denied.

No. 26. LEONARD SCHAFER *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 17, 1936. Death of Leonard Schafer suggested and Louis B. Tim and Adelina T. Schafer, Executors of the Estate of Leonard Schafer, substituted as party petitioners on motion of *Mr. Eugene Untermyer* for the petitioner.